FILED
08 MAY 28 PM 3:12
[CLERK stamp, U.S. DISTRICT COURT]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

People of the state of California,

    Plaintiff,

vs.

Dario Drakes

    Defendant.

CASE NO. C148313 **SI**

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS** (PR)

I, Dario Drakes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

N/A

PRIS. APPLIC. TO PROC. IN FORMA PAUPERIS, Case No. _____

- 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3 _____ N/A _____
4 _____ N/A _____
5 _____ N/A _____
6 2. Have you received, within the past twelve (12) months, any money from any of the following
7 sources:
8   a. Business, Profession or                              Yes ___ No ✓
9      self employment
10  b. Income from stocks, bonds,                           Yes ___ No ✓
11     or royalties?
12  c. Rent payments?                                       Yes ___ No ✓
13  d. Pensions, annuities, or                              Yes ___ No ✓
14     life insurance payments?
15  e. Federal or State welfare payments,                   Yes ___ No ✓
16     Social Security or other govern-
17     ment source?
18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____
21 _____
22 3. Are you married?                                       Yes ___ No ✓
23 Spouse's Full Name: _____
24 Spouse's Place of Employment: _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ Net $_____
27 4. a. List amount you contribute to your spouse's support : $ _____
28    b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____               - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ N/A _____

_____ N/A _____

5.   Do you own or are you buying a home?          Yes ____ No ✓

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?          Yes ____ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ✓ If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ✓ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ____ No ✓

_____

8.   What are your monthly expenses?      N/A

Rent: $ ___N/A___          Utilities: ___N/A___

Food: $ ___N/A___          Clothing: ___N/A___

Charge Accounts:  N/A

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)   N/A

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No.:_____          - 3 -

1  _____
2  _____
3  10.   Does the complaint which you are seeking to file raise claims that have been presented in
4  other lawsuits?                                    Yes ____ No ____
5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6  they were filed.
7  _Dario Tony Drakes v. Oakland Police Department_
8  _et al., No.C 05-3915 SI (pr) United States District Court_
9      I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11      I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  5-20-08                              _Dario Dyates_
15  DATE                                 SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          -4-

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA CORRECTIONAL CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU MAY 15, 2008

ACCOUNT NUMBER : V91797              BED/CELL NUMBER:
ACCOUNT NAME   : DRAKES, DARIO       ACCOUNT TYPE: 1
PRIVILEGE GROUP:

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 11/26 | *DD30 | CASH DEPOSIT | | 59506 | 11.25 | | 11.25 |
| 11/29 | W212 | FEDERAL FILIN | FILINGFEES | | | 2.25 | 9.00 |
| 12/07 | W512 | LEGAL POSTAGE | 2197 LGLMA | | | 0.41 | 8.59 |
| 12/17 | FC04 | DRAW-FAC 4 | CCL 3RD DR | | | 8.59 | 0.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 07/26/05              CASE NUMBER: 148313
COUNTY CODE: ALA                      FINE AMOUNT: $    800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 11/01/2007 | | BEGINNING BALANCE | | 72.00 |
| 11/26/07 | DR30 | REST DED-CASH DEPOSIT | 12.50- | 59.50 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 11.25 | 11.25 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
------------
0.00

Dario Drakes V-91797
CCA - FCC  GG 110 Low
P.O. Box 6200  1100 Bowling Road
Florence, Az. 85232

United States District Court for the Northern District
U.S. Courthouse
450 Golden Gate Avenue, Box 36060
San Francisco, Ca. 94102-

To: Clerk

RECEIVED
MAY 27 2008