```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611328717
Cashier ID: almadeh
Transaction Date: 07/01/2008
Payer Name: corrections corp of america
--------------------------------------
WRIT OF HABEAS CORPUS
 For: D DRAKES
 Case/Party: D-CAN-3-08-CV-002686-001
 Amount:       $5.00
--------------------------------------
CHECK
 Check/Money Order Num: 003004290
 Amt Tendered: $5.00
--------------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

SI (HC)


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

I am sending $5.00 for a filing fee, that is now due to the court, of United states district court.
From; Dario Drakes. V91791  Case no. c148313
CV 08 2686 SI (PR)



```
06/27/2008    DRAKES, DARIO : 1211167 CID/Agency# V-91797                    5.00




06/27/2008    903004290                                                      5.00
```