Dear reader,

I'am addressing the courts clerk. That, I'am indigent and, I'am requesting for a attorney for my legal case. Because, I have no legal acknowledge of the law. So,, I would like, To have a attorney, Appointed to me for my case. And, I would like to be inform of my statute of my case. I'am sending a in closed envelope for the courts clerk of the u.s. northern district of california to response. The U.S. case number CV 08 2686 SI (PR)

State case number C148313

Dario Drakes    No. A111032

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

V91797 Dario Oakes GF-204
Fee - CCA
P.O. Box 6900
1100 Bowling Road
Florence, Az. 85232

Legal Mail

United States District Court, Northern District of California To: The Clerks Office 450 Golden gate Ave. 16th Floor




RECEIVED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SF

$ 01.00°
US POSTAGE
AUG 06 2008
MAILED FROM ZIP CODE 85232