UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO DRAKES,<br><br>    Petitioner,<br><br>  v.<br><br>JERRY BROWN, Attorney General<br>of the State of California;<br>CHUCK DeROSA, warden of<br>La Palma Correctional Center,<br><br>    Respondents.<br>_____/ | No. C 08-2686 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Bridget Billeter, the court GRANTS respondent's request. (Docket #s 9, 10, 11.) Respondent's answer filed February 24, 2009 is deemed timely. Petitioner must file and serve his traverse no later than **April 10, 2009.**

In light of the existence of eight claims in the petition, the court will permit the lengthy 36-page memorandum of points and authorities in support of answer filed by respondent. (Respondent's counsel is cautioned for future reference that legal memoranda filed in support of answers to habeas petitions should comply with the 25-page limit mentioned in Local Rule 7, unless permission to exceed that page limit is obtained.)

IT IS SO ORDERED.

DATED: March 2, 2009

                                        SUSAN ILLSTON
                               United States District Judge