UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO DRAKES, | No. C 08-2686 SI (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JERRY BROWN, Attorney General of the State of California; CHUCK ROSA, Warden, La Palma Correctional Center | |
| Respondent. | |

The petition for writ of habeas corpus is denied. Judgment is hereby entered in favor of Respondents.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 18, 2009

SUSAN ILLSTON
United States District Judge