**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO DRAKES, | No. C 08-2686 SI (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME** |
| v. | |
| JERRY BROWN, Attorney General of the State of California; CHUCK ROSA, Warden, La Palma Correctional Center | |
| Respondent. | (Docket Nos. 17 & 18) |

In 2008, Petitioner filed a petition for writ of habeas corpus. The Court denied such petition in November 2009.

Petitioner now moves for an extension of time to file a request for a certificate of appealability. Petitioner's motion is GRANTED. Petitioner must file such request within thirty (30) days from the date of this order.

This order terminates Docket Nos. 17 & 18.

**IT IS SO ORDERED**.

DATED: 12/28/09

_____
SUSAN ILLSTON
United States District Judge