UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO DRAKES, | No. C 08-2686 SI (PR) |
| Petitioner, | **ORDER DENYING REQUEST FOR A CERTIFICATE OF APPEALABILITY** |
| v. | |
| JERRY BROWN, Attorney General of the State of California; CHUCK ROSA, Warden, La Palma Correctional Center | |
| Respondents. | |

The Court denied the petition filed in the above-titled action, and entered judgment for Respondents. Petitioner has filed a notice of appeal, which this Court deems a request for a certificate of appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1991).

A certificate of appealability will not issue. Reasonable jurists would not "find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Petitioner may seek a certificate of appealability from the Court of Appeals.

**IT IS SO ORDERED**.

DATED: January 21, 2010

SUSAN ILLSTON
United States District Judge